■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL SORRENTINO, Appellant.

The showup procedure was proper inasmuch as it was conducted shortly after the crime to quickly confirm or dispel the suspicion that the defendant was one of the perpetrators *(see, People v Hicks,* 68 NY2d 234). Additionally, we note that there was an independent basis for the in-court identification.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the conviction. Moreover, upon the exercise of our factual review power, we find that the verdict was not against the weight of the evidence (CPL 470.15 [5]). Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SOTO, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.